## DEAN NALL v. STATE.

No. A-9110.  Oct. 16, 1936.
Rehearing Denied Nov. 6, 1936.
(63 Pac. [2d] 113.)

Ernest F. Smith, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of second-degree burglary, and sentenced to be confined in the state penitentiary for a term of two years.

The record in this case was filed in this court on March 25, 1936; no brief has been filed in support of defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury. The case is therefore affirmed.